David B. Gordon (DG0010)
MITCHELL SILBERBERG & KNUPP LLP
12 East 49th Street, 30th Floor
New York, New York 10017
(917) 546-7701

Attorneys for Defendant Mindgeek USA, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------x
EDWARD KELLY,

               Plaintiff,

v.

MINDGEEK USA, INC. D/B/A
PORNHUB.COM

               Defendants.
---------------------------------------------------------x

Case No. _____

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 OF DEFENDANT MINDGEEK USA, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Mindgeek USA, Inc. ("Mindgeek"), by and through its counsel, hereby discloses that its corporate parent is MG Holdings USA Corp and that no publicly held corporation owns 10% or more of Mindgeek.

1

Dated: June 8, 2018

Respectfully submitted,

Mitchell Silberberg & Knupp LLP

By: /s/ David B. Gordon
    David B. Gordon
    12 East 49th Street, 30th Floor
    New York, New York 10017
    Telephone: (212) 509-3900
    Facsimile: (212-509-7239
    Email: dbg@msk.com

*Attorneys for Defendant*

B033727.1