

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

David B. Gordon
(917) 546-7701 Phone
(917) 546-7671 Fax
dbg@msk.com

June 13, 2018

**Via E-Filing and Fax**

Magistrate Judge Joel Schneider
United States District Court
District of New Jersey
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re: **Kelly v. Mindgeek USA, Inc.
18 CV 10305**

Dear Judge Schneider:

    We are counsel to Defendant Mindgeek USA, Inc. ("Mindgeek"). The court has set a Scheduling Conference for July 11, 2018 at 11:00 a.m. Unfortunately, I have a scheduling conflict, because I already am required to be in court, in New York, on a different matter then. Thus, by this letter we are requesting that the Scheduling Conference be adjourned to July 18, 2018 at 11:00 a.m., or at such other date and time that is convenient for the Court. I have spoken to counsel for Plaintiff Edward Kelly, who has advised that he consents to the requested adjournment.

    Thank you for your consideration of this request.

Respectfully yours,

David B. Gordon

DBG:mcp

cc: Samuel B. Fineman, Esq. (via e-filing)

B046213.1/43277-00831

12 East 49th Street, 30th Floor, New York, New York 10017-1028
Phone: (212) 509-3900 Fax: (212) 509-7239 Website: WWW.MSK.COM