

Lynn M. Cohen
*Attorney at Law NJ PA*
*lcohen@cohenfineman.com*

Samuel B. Fineman
*Attorney at Law NJ PA*
*LL.M (Taxation)*
*Certificate in Estate Planning*
*sfineman@cohenfineman.com*

March 11, 2019

***VIA E-FILING***

Magistrate Judge Joel Schneider
United States District Court
District of New Jersey
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**RE:    Kelly v. MindGeek USA, Inc. et al. (18-cv-1035)**

Dear Judge Schneider:

I am writing to request a formal extension of the discovery deadline in the above-captioned matter from March 29, 2019 to May 3, 2019. David Gordon, Esquire, counsel for Defendants, joins in this request.

As to Plaintiff, I had noticed under R. 30(b)(6) the deposition of Defendants' corporate representative for tomorrow, March 12, 2019, but that deposition is not going to take place as Defendants are still contemplating whom they will offer and where the deposition will take place. There is a strong likelihood that said deposition will have to be scheduled outside the current March 29, 2019 deadline. The undersigned's calendar is very congested for the remainder of this month.

As for Defendants, Mr. Gordon has subpoenaed the Morris brothers, fact witnesses, for their depositions in Virginia on March 29, 2019, along with Plaintiff's deposition on March 26, 2019 in New Jersey. It is unclear whether the Morris brothers can appear on March 29, 2019, which is the discovery deadline. Moreover, there remain outstanding requests for medical records from Plaintiff's several healthcare providers.

Given the above issues, a short discovery extension through May 3, 2019, appears reasonable and advisable. Your Honor's consideration of this request is much appreciated. Thank you.

Respectfully submitted,
*/s/Samuel B. Fineman*
Samuel B. Fineman, Esquire
Counsel for Plaintiff, Edward Kelly

cc: David Gordon, Esq. (via e-filing)