IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

EDWARD KELLY

                    Plaintiff,

         v.                              Civil No. 18-10305 (RMB/JS)

MINDGEEK USA, INC., et al.

                    Defendants.

**AMENDED SCHEDULING ORDER**

It is this **13th** day of **March, 2019**, hereby **ORDERED**:

1.   Pretrial factual discovery is hereby extended to **May 3, 2019**.

2.   All expert reports and expert disclosures pursuant to FED. R. CIV. P. 26(a)(2) on behalf of plaintiff shall be served upon counsel for defendant no later than **May 20, 2019**. All expert reports and expert disclosures pursuant to Fed. R. CIV. P. 26(a)(2) on behalf of defendant shall be served upon counsel for plaintiff no later than **June 20, 2019**. Each such report should be accompanied by the <u>curriculum</u> <u>vitae</u> of the proposed expert witness. Depositions of expert witnesses shall be concluded by **July 22, 2019**.

3.   **Dispositive Motions**.  Dispositive motions shall be filed with the Clerk of the Court no later than **August 1, 2019**, in accordance with the applicable Federal and Local Rules of Civil Procedure. This Order is subject to the Individual Rules and Procedures (if any) of the presiding District Judge.

4.   It will be necessary for counsel to cooperate in preparing the form Joint Final Pretrial Order.  The instructions for preparing the Order can be found on the website at http://www.njd.uscourts.gov/sites/njd/files/pretrialorder%20camd en.pdf.  The Joint Final Pretrial Order signed by all counsel shall be delivered to the Court three (3) days before the in-person Final Pretrial Conference to be held on **September 10, 2019 at 2:00 p.m**. The plaintiff's portion of the proposed order shall be prepared and sent to defense counsel no later than **August 9,**

1

**2019**. Defendants' portion of the proposed order shall be prepared and returned to counsel for plaintiff no later than **August 23, 2019**.

**LEAD TRIAL COUNSEL FOR ALL PARTIES SHALL APPEAR AT THE FINAL PRETRIAL CONFERENCE AND SHALL BE PREPARED TO DISCUSS SETTLEMENT OF THE CASE.**

5.     If a dispositive motion is filed by the Court Ordered deadline, the Final Pretrial Conference shall be deemed postponed, and will be rescheduled, if necessary, after the motion is decided.

6.     At least three (3) days prior to the next scheduled conference, the parties shall send the Court a letter identifying all discovery disputes. No issue will be addressed unless the letter is accompanied by an Affidavit that complies with L. Civ. R. 37.1(b)(1). All outstanding discovery issues not raised shall be deemed waived.

7.     The Court will conduct a telephone status conference on **July 8, 2019 at 10:00 A.M.   Counsel for plaintiff shall initiate the telephone call**.

8.     Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge

2