David Gordon
MITCHELL SILBERBERG & KNUPP LLP
437 Madison Avenue, 25th Floor
New York, New York 10022
(917) 546-7701
*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

-----------------------------------------------------------x

EDWARD KELLY,

                    Plaintiff,

    v.

MINDGEEK USA, INC. D/B/A
PORNHUB.COM, TRAFFICJUNKY INC.
D/B/A TRAFFICJUNKY.COM,
MINDGEEK S.A.R.L. D/B/A PORNHUB.
COM, MG FREESITES LTD. and MG
TECHNOLOGIES LTD.,

                    Defendants.

-----------------------------------------------------------x

18-cv-10305 (RMB/JS)

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

    **IT IS HEREBY STIPULATED AND AGREED** Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Edward Kelly and Defendants MindGeek USA, Incorporated, MindGeek S.À.R.L., MG Freesites Ltd, and MG Technologies, Ltd, by and through their undersigned counsel, hereby stipulate that this Action and all claims asserted therein be dismissed with prejudice, with each party bearing its or their own attorneys' fees, costs and expenses.

Dated: April 16, 2019

_____
Samuel B. Fineman, Esq. (ID 005381999)
COHEN FINEMAN, LLC
1999 Marlton Pike E., Ste. 4
Marlton, NJ 08053
(856) 304-0699
*Attorneys for Plaintiff*

_____
David B. Gordon, Esq. (dbg@msk.com)
MITCHELL SILBERBERG & KNUPP LLP
437 Madison Avenue, 25th Floor
New York, NY 10022
(917) 546-7701
*Attorneys for Defendants*

B179428.2/43277-00831